618

of "authorized" if a lawyer who has a right as a member of the Ohio bar to represent a person in a court does so with no authorization by the person to act as the person's lawyer.

I would hold that, because Local 33 was not authorized to act for Mohawk employees on the date it filed the prevailing wage complaint, Local 33 lacked standing when it filed the complaint, and that the complaint thereby was legally deficient. Accordingly, I would hold that the common pleas court lacked jurisdiction to consider the merits of the prevailing wage claims.

I therefore respectfully dissent to the judgment of the majority.

COOK and LUNDBERG STRATTON, JJ., concur in the foregoing dissenting opinion.

THE STATE OF OHIO, APPELLANT, *v.* LIVINGSTON, APPELLEE.

[Cite as *State v. Livingston* (1999), 86 Ohio St.3d 618.]

(No. 99–243—Submitted August 25, 1999—Decided September 29, 1999.)

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Tina I. Ernst,* Assistant Prosecuting Attorney, for appellant.

*Kenneth L. Lawson & Associates* and *Kenneth L. Lawson,* for appellee.

The judgment of the court of appeals is affirmed on the authority of *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

THE STATE OF OHIO, APPELLANT, *v.* PILGRIM, APPELLEE.

[Cite as *State v. Pilgrim* (1999), 86 Ohio St.3d 619.]

(No. 98–497—Submitted August 25, 1999—Decided September 29, 1999.)

*P. Eugene Long II*, Pickaway County Prosecuting Attorney, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *State v. Hughes* (1999), 86 Ohio St.3d 424, 715 N.E.2d 540.